```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 LINO SAMBULA,

                     Plaintiff,              MEMORANDUM & ORDER
                                              25-CV-2664 (EK)(SDE)

         -against-

 DISTRICT ATTORNEY, JUDGE ALVIN M.
 YEARWOOD, MARK STEVEN DEMARCO,

                     Defendants.

--------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        Plaintiff Lino Sambula filed this action pursuant to 42 U.S.C. § 1983. Proceeding *pro se*, he alleges that he was falsely arrested. Compl., ECF No. 1. As set forth below, the case is hereby transferred to the United States District Court for the Southern District of New York.

        Civil actions are properly filed in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located" or "(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). If an action is filed in the wrong district court, a court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Such transfer may be

made upon motion or by a court *sua sponte*. *See Pisani v. Diener*, No. 07-CV-5118, 2009 WL 749893, at *8 (E.D.N.Y. Mar. 17, 2009) (collecting cases).

Here, venue is not proper in the Eastern District of New York. Plaintiff seeks to challenge an arrest made in Bronx County and sues defendants located in New York County and Bronx County. *See* Compl. 2-5. Accordingly, this action "could have been brought" in the Southern District of New York, but was not properly brought here.

The Clerk of Court is therefore directed to transfer this action to the United States District Court for the Southern District of New York. *See* 28 U.S.C. §§ 112(b), 1406(a). The decision on plaintiff's application to proceed *in forma pauperis*, *see* ECF No. 2, is reserved for the transferee court. Rule 83.1 of the Local Rules of the Eastern District of New York, which requires a seven-day delay before the Clerk shall transfer a case from this district, is waived. No summons shall issue from this Court. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully

directed to mail a copy of this order to Sambula and to note the mailing on the docket.

SO ORDERED.

　　　　　　　　　　　　　　　　/s/ Eric Komitee
　　　　　　　　　　　　　　　　ERIC KOMITEE
　　　　　　　　　　　　　　　　United States District Judge

Dated:　　February 2, 2026
　　　　　　Brooklyn, New York